NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: HERB SORENSEN,**
*Appellant*

---

2019-2347

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/838,614.

---

## JUDGMENT

---

THOMAS DERBISH, Desmarais LLP, New York, NY, argued for appellant. Also represented by LAURIE STEMPLER; MARK ALLEMAN, Alleman Hall Creasman & Tuttle LLP, Portland, OR.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 14, 2020          /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court